FILED

**FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FEB 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WENDY GISH; PATRICK SCALES; JAMES DEAN MOFFATT; BRENDA WOOD, <br><br>                 Plaintiffs-Appellants, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; ERIN GUSTAFSON, in her official capacity as the San Bernardino County Acting Public Health Officer; JOHN MCMAHON, in his official capacity as the San Bernardino County Sheriff; ROBERT LOVINGGOOD, in his official capacity as a San Bernardino County Supervisor; JANICE RUTHERFORD, in her official capacity as a San Bernardino County Supervisor; DAWN ROWE, in her official capacity as a San Bernardino County Supervisor; CURT HAGMAN, in his official capacity as a San Bernardino County Supervisor; JOSIE GONZALES, in his official capacity as a San Bernardino County Supervisor; CAMERON KAISER, in his official capacity as the Riverside County Public Health Officer; GEORGE JOHNSON, in his official capacity as the Riverside County Executive Officer and Director of Emergency Services; CHAD | Nos.  20-55445 <br>        20-56324 <br><br> D.C. No. 5:20-cv-00755-JGB-KK <br> Central District of California, Riverside <br><br> ORDER |

BIANCO, in his official capacity as a Riverside County Sheriff; KEVIN JEFFRIES, in his official capacity as a Riverside County Supervisor; KAREN SPIEGEL, in her official capacity as a Riverside County Supervisor; CHUCK WASHINGTON, in his official capacity as a Riverside County Supervisor; V. MANUEL PEREZ, in his official capacity as a Riverside County Supervisor; JEFF HEWITT, in his official capacity as a Riverside County Supervisor; COUNTY OF SAN BERNARDINO,

Defendants-Appellees.

Before: WARDLAW and CLIFTON, Circuit Judges, and HILLMAN,[*] District Judge.

Pursuant to the order of the United States Supreme Court dated February 8, 2021, the case is remanded to the district court for further proceedings consistent with *South Bay United Pentecostal Church v. Newsom*, 592 U.S. ___ (2021).

The motion to voluntarily dismiss the appeal in Case No. 20-55445 pursuant to Federal Rule of Appellate Procedure 42(b) is granted. The four motions to take judicial notice in Case No. 20-55445 and the two motions to take judicial notice in Case No. 20-56324 are dismissed as moot.

IT IS SO ORDERED.

---

[*] The Honorable Timothy Hillman, United States District Judge for the District of Massachusetts, sitting by designation.